# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3802
Lower Tribunal No. 2022-CP-001963-0001-XX

_____

PAUL ONGERT,

Appellant,

v.

DEBORAH A. STEWART, ESQ., as Personal Representative of the ESTATE OF DONALD G. MIELKE, DECEASED, and HELEN JOHNSON/MIELKE,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Paul Ongert, Minneola, pro se.

Scott A. Beatty and Brendan J. Shearman, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellee, Deborah A. Stewart, Esq., as Personal Representative of the Estate of Donald G. Mielke.

Theodore Zelman, of Law Office of Theodore W. Zelman, P.A., Naples, for Appellee, Helen Johnson/Mielke.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED